IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JAMES OESTREICH,

    Plaintiff,

vs.                                        Case No.: 1:06-CV-242-SPM/AK

WAL-MART STORES EAST LP,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon the Magistrate Judge's Report and Recommendation (doc. 37). The parties have been furnished a copy and have been afforded an opportunity to file objections. To date, no objections have been filed.

Accordingly, it is ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 37) is **adopted** and incorporated by reference in this order.

2. Defendant's motion for summary judgment (doc. 32) is hereby **granted**.

3. This case is hereby **dismissed with prejudice**.

DONE AND ORDERED this thirtieth day of March, 2009.

                                                    *s/ Stephan P. Mickle*
                                                    Stephan P. Mickle
                                                    United State District Judge